IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

ROMBO AYUEL ALOUNG,           )
                             )
              Plaintiff,      )        4:10CV3098
                             )
         v.                   )
                             )
IMMIGRATION & NATURALIZATION, )        ORDER AND JUDGMENT
et al.,                       )
                             )
              Defendants.     )
_____)


Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1.  Plaintiff's motion to amend (Filing No. 6) is granted.

2.  Plaintiff's complaint (Filing No. 1) is dismissed without prejudice to reassertion in accordance with the memorandum opinion.

DATED this 30th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court